UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Samuel Dantzler,

        Plaintiff(s),

v.

Sherman Campbell

        Defendant(s).
_____/

Case No. 13-cv-14764

Judge Laurie J. Michelson

Magistrate Judge Mona K. Majzoub

## NOTICE OF APPEAL

Notice is hereby given that **Samuel Dantzler** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment ☐ Order

☑ Other: Judgment entered 10/30/2019, and denial of motion for reconsideration entered 1/13/2020

entered in this action on _____.

Date: January 13, 2020

Counsel is: FDO

Benton C. Martin

Federal Defender Office
613 Abbott St., Suite 500
Detroit, Michigan 48226
(313) 967-5832
Benton_Martin@fd.org

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.